

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00196-CR

Ricky Maurice **RICHARDSON**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 451st Judicial District Court, Kendall County, Texas
Trial Court No. 5898
Honorable Kirsten Cohoon, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Counsel's motion to withdraw is GRANTED.

SIGNED December 22, 2021.

_____
Lori I. Valenzuela, Justice